UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRADLEY DAWKINS

v.                                            CA 10-494 ML

DAVID COOPER, et al.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Hagopian on February 8, 2011. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The Complaint in this matter is DISMISSED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 3, 2011